No. 825, Misc. JOHNSON *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Morris Lavine* for petitioner.

No. 838, Misc. SLIVA *v.* VOGEL, JUDGE. C. A. 3d Cir. Certiorari denied.

No. 847, Misc. BOGART *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Peter D. Bogart,* petitioner, *pro se.*

No. 848, Misc. WHITE *v.* MURPHY ET AL. C. A. 9th Cir. Certiorari denied.

No. 849, Misc. LOMBARDI *v.* FOLLETTE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 851, Misc. LISULA *v.* PATE, WARDEN. Sup. Ct. Ill. Certiorari denied.

No. 861, Misc. HENDERSON *v.* MAXWELL, WARDEN. Sup. Ct. Ohio. Certiorari denied.

No. 876, Misc. BACA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 554, Misc. MYERS ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Jim Hudson* for petitioners. *Acting Solicitor General Spritzer* and *Assistant Attorney General Doar* for the United States.